# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **KENNETH KROL, ET AL.** | ) | **CASE NO.   1:02CV1948** |
| | ) | |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES CORRIGAN** | ) | **ORDER** |
| | ) | |
| **DEFENDANTS** | ) | |

        This case having been pending for more than three years and no activity has occurred for more than 12 months, and all presently contemplated proceedings have been completed, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes and the Clerk is instructed to submit a JS-6 to the Administrative Office. Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

        **IT IS SO ORDERED.**

                                          s/ Peter C. Economus 12/12/07
                                          **PETER C. ECONOMUS**
                                          **UNITED STATES DISTRICT JUDGE**

H:\Orders\closing.statistical.wpd